In the Matter of the Application of the GREENWICH AND JOHNSONVILLE RAILWAY COMPANY, Appellant, *v.* THE GREENWICH AND SCHUYLERVILLE ELECTRIC RAILROAD et al., Defendants.

THE HUDSON VALLEY RAILWAY COMPANY, Respondent.

(Submitted December 1, 1902; decided December 9, 1902.)

Motion for reargument denied, with ten dollars costs. (See 172 N. Y. 462.)